FILED NOV 21 2005 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

LODGED NOV 18 2005

ENTERED NOV 22 2005 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

LEWIS BRISBOIS BISGAARD & SMITH LLP
ANNIE VERDRIES, ESQ. (Bar No. 91049)
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626-1970
Telephone No. (714) 545-9200
Facsimile No. (714) 850-1030

Attorneys for Chapter 7 Trustee
HEIDE KURTZ

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC OCEAN SEAFOODS, INC.,<br><br>Debtor. | Case No.: LA 02-45257-AA<br><br>Adv. No. AD04-02816-AA<br><br>Chapter 7 |
| HEIDE KURTZ, Chapter 7 Trustee,<br><br>Plaintiff,<br>vs.<br><br>PRIME TIME SEAFOOD, INC., a California corporation,<br><br>Defendant. | STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER<br><br>[ No Hearing Required]<br><br>Date: December 14, 2005<br>Time: 9:30 a.m.<br>Ctrm: 1375 |

Plaintiff Heide Kurtz , Chapter 7 Trustee and Defendant Prime Time Seafood, Inc. hereby stipulate pursuant to FRCP Rule 41 (a) (1) (ii), and Federal Rule of Bankruptcy Procedure 7041, that this action be dismissed with prejudice. An Answer has been filed.

Date: November 9, 2005

By: _______________________
Dennis McGoldrick
Attorney for Defendant
Prime Time Seafood, Inc.

ORIGINAL

Dated: November 16, 2005

LEWIS BRISBOIS BISGAARD & SMITH LLP

By
Annie Verdries
Attorneys for Chapter 7 Trustee
HEIDE KURTZ

ORDER

IT IS SO ORDERED:

Dated: Nov. 21, 2005

ALAN M. AHART
UNITED STATES BANKRUPTCY JUDGE

**NOTE TO USERS OF THIS FORM:**

*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re | |
|---|---|
| Pacific Ocean Seafoods, Inc. | CHAPTER 7 |
| Debtor. | CASE NUMBER: LA0245257-AA |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   Stipulation for Dismissal with Prejudice and Order

   was entered on *(specify date)*: 11/22/05

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): 11/22/05

Dated: 11/22/05

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

**By:** [signature]
**Deputy Clerk**

**SERVICE LIST**

**U.S. Trustee**
Office of the United States Trustee
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, Ca 90017

**Chapter 7 Trustee**
Heide Kurtz, Trustee
2515 Western Ave., #11
San Pedro, Ca 90732

**Attorney for Prime Time Seafood, Inc.**
Dennis E. McGoldrick
350 S. Crenshaw Boulevard, Ste. A207b
Torrance, CA 90503

Annie Verdries
Lewis Brisbois Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, California 92626.

On November 17, 2005 I served the following document described as: STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER, on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ] I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 17, 2005, at Costa Mesa, California.

GAYE M. AMBROSI

**SERVICE LIST**

**U.S. Trustee**
Office of the United States Trustee
Ernst & Young Plaza
725 South Figueroa Street, 26th Floor
Los Angeles, Ca 90017

**Chapter 7 Trustee**
Heide Kurtz, Trustee
2515 Western Ave., #11
San Pedro, Ca 90732

**Attorney for Prime Time Seafood, Inc.**
Dennis E. McGoldrick
350 S. Crenshaw Boulevard, Ste. A207b
Torrance, CA 90503