# UNITED STATES BANKRUPTCY COURT

## *Central District Of California*

| Debtor(s) Name | For Court Use Only |
| --- | --- |
| **Plaintiff**<br>Heide Kurtz | **FILED**<br>**December 16, 2005**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY VSI DEPUTY CLERK |
| **Defendant**<br>Prime Time Seafood, Inc. | |
| **Chapter:** 7<br>**Case Number:** 2:02−bk−45257−AA<br>**Adversary Number:** 2:04−ap−02816−AA | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

***Dated:*** *12/16/05*

***By Order of the United States Bankruptcy Court***

**Jon D. Ceretto**
***Clerk of Court***

12/ VSI